## IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF GEORGIA

## ALBANY DIVISION

**MILAYO NEGESTI ROBINSON,**
Defendant/Removing Party,

v.

**STATE OF GEORGIA,**
Plaintiff/Respondent.

**State Court of Turner County**
Case No. 26-TR-211147

Civil Action No. _____

### DEFENDANT'S NOTICE OF REMOVAL

COMES NOW Defendant/Removing Party, Milayo Negesti Robinson ("Removing Defendant"), appearing pro se, and respectfully files this Notice of Removal pursuant to the federal removal statutes identified herein, and shows the Court as follows:

### I. STATE COURT PROCEEDING REMOVED

1. This Notice removes the pending criminal/traffic prosecution presently pending in the State Court of Turner County, Georgia,

1

styled State of Georgia v. Milayo Negesti Robinson, Case No. 26-TR-211147.

2. The State Court arraignment notice identifies three citations associated with this prosecution: Citation Nos. 110004087, 110004088, and 110004089.

3. The charging documents identify the alleged offenses as:

   o Driving While License Suspended or Revoked;

   o Operating a Vehicle Without a Revalidated Tag/Decal; and

   o Headlight Requirements.

4. The arraignment notice scheduled Defendant's appearance for July 8, 2026, at 1:30 p.m., in the State Court of Turner County, located at 219 East College Avenue, Ashburn, Georgia 31714.

5. A separate Turner County misdemeanor calendar likewise directed Defendant to appear before the State Court on Wednesday, July 8, 2026, at the same courthouse.

6. This Notice of Removal is filed pursuant to 28 U.S.C. § 1455, which prescribes the procedure for removal of state criminal prosecutions to the United States District Court. Removing Defendant files this Notice before trial and requests that this

2

Court determine whether federal jurisdiction exists under the applicable removal statutes and whether removal is proper under governing federal law.

## II. BASIS ASSERTED FOR REMOVAL

6. Removing Defendant respectfully alleges that federal jurisdiction exists under the removal statutes relied upon herein and requests that this Court determine the propriety of removal pursuant to applicable federal law.

7. The documentary evidence reflects that Removing Defendant is domiciled in the State of Florida. The attached records identify her residence as:

2033 NW Brooks County Line Road

Greenville, Florida 32331.

8. The attached Florida Driver License identifies Defendant as a licensed Florida driver and bears Florida Driver License No. R629-176-19-700-0.

9. A Florida Department of Highway Safety and Motor Vehicles Letter of Clearance dated March 3, 2026, states that Defendant's driving privilege was valid in the State of Florida.

10. The prosecution is maintained in Turner County, Georgia, by the State of Georgia, and the citations identify Officer Courtney Gonzalez (Badge T11, Traffic Division) as the issuing officer.

## III. FACTUAL BACKGROUND

11. The three Georgia Uniform Traffic Citations arise from a traffic stop occurring on February 15, 2026, at approximately 2:25 a.m., in Turner County, Georgia.

12. The citations identify the vehicle involved as a Honda CR-V displaying Pennsylvania registration JZJ9507.

13. The citations charge Defendant with Driving While License Suspended or Revoked, Operating a Vehicle Without a Revalidated Tag/Decal, and Headlight Requirements violations under the Georgia Code sections identified on the face of the respective citations.

4

14.     Each citation contains abbreviated offense descriptions together with statutory references but contains no narrative recitation describing the factual basis supporting the alleged violations.

15.     Likewise, the arraignment notice identifies the case number, citation numbers, hearing date, and appearance information but does not set forth any factual narrative describing the conduct alleged to constitute the offenses.

16.     Turner County Plea and Waiver form appears to relate to the same prosecution. Under the section entitled "Reduced Charges," the form contains handwritten notations indicating, in substance, that the charge of Driving While License Suspended was reduced to No License on Person, together with the notation "No other chgs." The form further reflects the handwritten notation "60 days to pay."

17.     The Florida Department of Highway Safety and Motor Vehicles Letter of Clearance reflects that Florida verified Defendant's driving privilege as valid on March 3, 2026, and the attached Florida Driver License reflects an expiration date of August 27, 2033.

18.    A Georgia document entitled Release to Reinstate Driver's License, originating from Lowndes County and dated February 19, 2026, concerns a separate Lowndes County matter identified as involving an expired license.

## IV. ALLEGATIONS SUPPORTING REMOVAL

19.    Removing Defendant alleges that she is and was domiciled in the State of Florida, as reflected by her Florida residential address, Florida driver's license, and Florida Department of Highway Safety and Motor Vehicles Letter of Clearance.

20.    Removing Defendant further alleges that the prosecution is maintained by governmental actors located within the State of Georgia, including the State Court of Turner County and the issuing officer identified upon the citations.

21.    Removing Defendant further alleges that the charging documents presently provided contain abbreviated statutory references but do not include factual narratives explaining the conduct alleged to constitute each offense.

22.     Removing Defendant further alleges that the Florida Letter of Clearance dated March 3, 2026, reflecting that her Florida driving privilege was valid, appears inconsistent with the allegation contained in Citation No. 110004088 charging Defendant with Driving While License Suspended or Revoked.

23.     Removing Defendant reserves all constitutional, statutory, jurisdictional, procedural, and substantive defenses available under state and federal law, none of which are waived by the filing of this Notice.

## V. RECORD REMOVED

24.     Attached to this Notice are copies of the records presently available to Defendant, including:

a. The three Turner County Uniform Traffic Citations;

b. The Turner County Arraignment Notice;

c. The Turner County Criminal Misdemeanor Calendar;

d. The Florida Driver License;

e. The Florida Department of Highway Safety and Motor Vehicles Letter of Clearance;

f. The Lowndes County Release to Reinstate Driver's License; and

g. The Turner County Plea and Waiver form.

25.    Removing Defendant respectfully requests that the Clerk of the State Court of Turner County transmit the complete state court record to this Court pursuant to the applicable removal procedures.

## VI. SUBSTANTIVE BASIS ASSERTED FOR REMOVAL

26.    Removing Defendant asserts that this prosecution is removable under the federal removal statutes identified in this Notice and respectfully requests that the Court determine whether the circumstances presented satisfy the applicable statutory requirements for federal jurisdiction.

27.    Removing Defendant expressly preserves and does not waive any federal constitutional rights, statutory rights, jurisdictional objections, or defenses by filing this Notice of Removal.

28.    Removing Defendant respectfully requests that this Court conduct the review contemplated by federal law and determine whether the prosecution may proceed in federal court or should be remanded.

## VII. PRAYER FOR RELIEF

WHEREFORE, Removing Defendant respectfully requests that this Court:

1. Accept removal of the above-captioned proceeding;

2. Direct the Clerk of the State Court of Turner County to transmit the complete record of the state court proceedings;

3. Direct that no further proceedings occur in the State Court unless and until this Court orders remand or otherwise directs;

4. Determine all jurisdictional issues presented by this Notice of Removal; and

5. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this ___8th___ day of ___July___, 2026.

9

**Milayo Negesti Robinson**
2033 NW Brooks County Line Road
Greenville, Florida 32331

Pro Se Removing Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the
foregoing **Defendant's Notice of Removal** upon the Clerk of the State
Court of Turner County, Georgia, and upon the prosecuting authority
for the State of Georgia by United States Mail and/or by any other
method authorized by applicable law on this _8th_ day of
_____July_____, 2026.

Milayo Negesti Robinson